NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-7063

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

USMAN JALLOH,
APPELLANT,

v.

ROBERT C. UNDERWOOD, *et al.*,
APPELLEES.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA APPELLEES' CERTIFICATE OF PARTIES,
RULINGS, AND RELATED CASES**

Appellees Robert C. Underwood and Arthur Kimball submit the following information pursuant to D.C. Cir. R. 28(a)(1).

1. *Parties and amici.* The plaintiff below and appellant here is Usman Jalloh. The defendants below and appellees here are Robert C. Underwood, Arthur Kimball, Sean Miller, and Thomas Anderson. Additional defendants below were the District of Columbia and Philip Tridico. There are no amici.

2.  *Rulings under review*.  Appellant appeals from the December 16, 2022 order of the district court (Kelly, J.) denying appellant's motion for a new trial, ECF No. 147.

3.  *Related Cases*.  There are no related cases.

> Respectfully submitted,
>
> KARL A. RACINE
> Attorney General for the District of Columbia
>
> CAROLINE S. VAN ZILE
> Solicitor General
>
> ASHWIN P. PHATAK
> Principal Deputy Solicitor General
>
> CARL J. SCHIFFERLE
> Deputy Solicitor General
>
> /s/ Holly M. Johnson
> HOLLY M. JOHNSON
> Senior Assistant Attorney General
> Bar Number 476331
> Office of the Solicitor General
>
> Office of the Attorney General
> 400 6th Street, NW, Suite 8100
> Washington, D.C. 20001
> (202) 442-9890
> (202) 715-7713 (fax)
> holly.johnson@dc.gov

June 2023