# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7063**     **September Term, 2024**

**1:16-cv-01613-TJK**

**Filed On: June 3, 2025** [2118795]

Usman Jalloh,

    Appellant

v.

Robert Underwood, Officer, 6th District, et al.,

    Appellees

## O R D E R

Upon consideration of the court's order filed January 24, 2024 holding this case in abeyance, and the district court's order filed November 27, 2024, denying appellant's motion for relief under Federal Rule of Civil Procedure 60(b), it is

**ORDERED**, on the court's own motion, that this case be returned to the court's active docket. It is

**FURTHER ORDERED** that the parties file motions to govern future proceedings by July 3, 2025.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Scott H. Atchue
                Deputy Clerk