NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-7063

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

USMAN JALLOH,
APPELLANT,

v.

ROBERT C. UNDERWOOD, *et al*.,
APPELLEES.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**JOINT CONSENT MOTION OF THE DISTRICT OF COLUMBIA APPELLEES AND THE PRINCE GEORGES COUNTY APPELLEES TO GOVERN FUTURE PROCEEDINGS**

On January 29, 2024, this Court issued an order holding this appeal in abeyance while the district court considered appellant Usman Jalloh's motion for a new trial under Fed. R. Civ. Proc. 60(b). On November 27, 2024, the district court denied Jalloh's motion. ECF Record Document 168. On June 3, 2025, this Court returned the appeal to its active docket and ordered the parties to file motions to govern future proceedings. In response, the District of Columbia appellees and Prince Georges County appellees move this Court to issue a new order directing the

parties to file initial submissions and setting deadlines for preliminary motions. Jalloh's counsel consents to this relief.

Jalloh's attorney did not respond to this Court's May 18 order directing the parties to file initial submissions (for reasons this Court accepted in its order discharging the order to show cause). And when the Court issued a new order directing the parties to file initial submissions by October 20, Jalloh instead filed a motion for abeyance, which was granted. The parties thus agree that, with abeyance lifted, the case should resume where it left off—with a new order that sets deadlines for the parties to file initial submissions, procedural motions, dispositive motions, and transcript status reports.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

CARL J. SCHIFFERLE
Deputy Solicitor General


/s/ Holly M. Johnson
HOLLY M. JOHNSON
Senior Assistant Attorney General
Bar Number 476331
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 442-9890
(202) 715-7713 (fax)
holly.johnson@dc.gov

*Counsel for the District of Columbia appellees*

/s/ Milton E. McIver
 Milton E. McIver
Associate County Attorney
Bar Number 425831
Prince  George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
(301) 952-5225
(301) 952-3071 – fax
memciver@co.pg.md.us

*Counsel for Appellees*
*Sean Miller and Thomas Anderson*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the motion contains 421 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Holly M. Johnson
HOLLY M. JOHNSON